C. Brooks Cutter (SBN 121407)
Todd A. Walburg (SBN 213063)
Margot P. Cutter (SBN 306789)
**CUTTER LAW, P.C.**
401Watt Avenue
Sacramento, CA 95864
Telephone: (916) 29-09400
Facsimile: (916) 588-9330
Emails: *bcutter@cutterlaw.com;*
*twalburg@cutterlaw.com;*
*mcutter@cutterlaw.com*

Attorneys for Plaintiff TONY COX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY COX,<br><br>            Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; FOLSOM STATE PRISON WARDEN RON RACKLEY, in his official and individual capacities; COUNTY OF SAN JOAQUIN dba SAN JOAQUIN GENERAL HOSPITAL; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 2:17−cv−00989−MCE−CKD<br><br>**ORDER TO VACATE HEARING AND ALLOW PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT** |

**TO ALL PARTIES AND THEIR ATTORNES OF RECORD:**

      Plaintiff TONY COX, Defendant COUNTY OF SAN JOAQUIN dba SAN JOAQUIN GENERAL HOSPITAL, and Defendant CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION jointly submitted a Stipulation to Vacate Hearing and Allow Plaintiff to file a Second Amended Complaint.

      After consideration of the Stipulation and proposed Second Amended Complaint, and no opposition having been made:

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED that Plaintiff shall file a Second Amended Complaint within twenty-one (21) days. Defendant's Motion to Dismiss the First Amended Complaint (ECF No. 9), presently set for hearing on September 21, 2017, is accordingly vacated. |
| 2 | |
| 3 | |
| 4 | IT IS SO ORDERED. |
| 5 | Dated: September 11, 2017 |

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

*Cox v. California Department of Corrections and Rehabilitation, et al.*
United States Eastern District Court of California Case No. 2:17-00989-MCE-CKD

## PROOF OF SERVICE

     I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within entitle action; my business address is Cutter Law P.C., 401Watt Avenue, Sacramento, California 95864.

     On the date below, I served a copy of the following document(s) described as **[Proposed] Order to Vacate Hearing and Allow Plaintiff to File a Second Amended Complaint per Stipulation** on the interested party(ies) in this action as follows: SEE ATTACHED SERVICE LIST.

| | |
|---|---|
| **X** | **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addresses as above or on the service list, and placing each for collection and mailing on that date following ordinary business practices. I am "readily familiar" with the business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Sacramento, California, in a sealed envelope with postage fully prepaid |
| | **BY OVERNIGHT DELIVERY:** I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed as above or on the service list. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. |
| | **BY FACSIMILE:** Based on an agreement of the parties to accept service by fax transmission, I faxed the document(s) to the person(s) at the fax number(s) listed above or on the service list on the date above at approximately _____ a.m./p.m. The telephone number of the sending facsimile machine was (916) 669-4499. The sending facsimile machine issued a transmission reporting confirming that the transmission was complete and without error. A copy of that report is attached. |
| **X** | **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from *amendoza@cutterlaw.com* to the person(s) at the e-mail address(es) listed above or on the service list. |
| | **BY PERSONAL SERVICE:** I *caused* the above documents to be hand delivered to the party(ies) listed above or on the service list. |
| | **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| **X** | **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct. |

     Executed on September _7_, 2017, at Sacramento, California.

Ashley Mendoza

*Cox v. California Department of Corrections and Rehabilitation, et al.*
United States Eastern District Court of California Case No. 2:17-00989-MCE-CKD

## SERVICE LIST

| | |
|---|---|
| Xavier Becerra<br>Tracy S. Hendrickson<br>Joseph R. Wheeler<br>CALIFORNIA DEPARTMENT<br>OF JUSTICE<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244<br>Tel: (916) 210-7315<br>Fax: (916) 324-5205<br>Email: joseph.wheeler@doj.ca.gov<br>***Attorneys for California Department of Corrections and Rehabilitation and Ron Rackley in Official Capacity*** | Michael R. Mordaunt<br>Jamil R. Ghannam<br>RIGGIO MORDAUNT & KELLY, APC<br>2509 West March Lane, Suite 200<br>Stockton, CA 95207<br>Tel: (209) 473-8732<br>***Attorneys for County of San Joaquin dba San Joaquin General Hospital*** |