1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  TRACY S. HENDRICKSON, State Bar No. 155081
   Supervising Deputy Attorney General
3  JOSEPH R. WHEELER, State Bar No. 216721
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7315
6   Fax: (916) 324-5205
    E-mail: Joseph.Wheeler@doj.ca.gov
7  *Attorneys for Defendants Dhillon,
   Meinzer, Palagummi, and Wei*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TONY COX,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | 2:17-cv-00989-MCE-CKD<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFF'S FOURTH AMENDED COMPLAINT**<br><br>Trial Date: None<br>Action Filed: May 10, 2017 |

## **STIPULATION**

1. On September 17, 2018, Plaintiff filed a motion for leave to file an amended pleading. (ECF No. 31.) On the same day, he filed the proposed Fourth Amended Complaint. (ECF No. 32.)

2. Because the notice of motion in support of Plaintiff's motion for leave to file an amended pleading did not set out the date and time of the hearing on the motion, Plaintiff's motion has yet to be heard and Plaintiff has yet to receive leave to file the proposed Fourth Amended Complaint.

3. Rather than require Plaintiff to re-file and serve the motion, the parties to this action stipulate to the filing of an amended complaint, and further stipulate that the proposed Fourth Amended Complaint (ECF No. 32) will serve as the operative complaint in this action.

4. The parties also stipulate that, with the exception of any unserved defendant, Defendants will not need to separately answer the Fourth Amended Complaint. The parties stipulate that, inasmuch as any defendant has answered Plaintiff's Third Amended Complaint (ECF No. 22), that answer will also be responsive to Plaintiff's Fourth Amended Complaint.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** as follows, subject to approval by the Court:

1. Plaintiff's proposed Fourth Amended Complaint (ECF No. 32) will be deemed filed on September 17, 2018, and will serve as the operative complaint in this action.

2. Defendant KEVIN HSIEH, M.D., who was named in the Third Amended Complaint, is hereby dismissed from this action as a result of the filing of the Fourth Amended Complaint, which instead names as a defendant, KOU-YING HSIEH, M.D.

3. Inasmuch as any defendant has filed an answer to Plaintiff's Third Amended Complaint (ECF No. 22), no new answer will need to be filed in response to Plaintiff's Fourth Amended Complaint; any such answer will be deemed responsive to the Fourth Amended Complaint.

**IT IS SO STIPULATED.**

Date: January 3, 2019      CUTTER LAW, P.C.


By:  /s/ *Todd A. Walburg*
     TODD A. WALBURG
     *Attorneys for Plaintiff Tony Cox*

Date: January 3, 2019              RIGGIO MORDAUNT KELLY & LUTTERMAN

                                   By: */s/Stephanie L. Roundy*
                                       STEPHANIE L. ROUNDY
                                       *Attorneys for Defendant County of San Joaquin
                                       dba San Joaquin General Hospital*

Dated: January 3, 2019             XAVIER BECERRA
                                   Attorney General of California
                                   TRACY S. HENDRICKSON
                                   Supervising Deputy Attorney General

                                   ***/s/Joseph R. Wheeler***

                                   JOSEPH R. WHEELER
                                   Deputy Attorney General
                                   *Attorneys for Defendants Dhillon,
                                   Meinzer, Palagummi, and Wei*

**IN ACCORDANCE WITH THE ABOVE STIPULATION, IT IS SO ORDERED.**

Dated: January 9, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3