C. Brooks Cutter (SBN 121407)
John R. Parker, Jr. (SBN 257761)
Margot P. Cutter (SBN 306789)
**CUTTER LAW, P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile: (916) 588-9330
Email:  bcutter@cutterlaw.com;
twalburg@cutterlaw.com;
mcutter@cutterlaw.com

Attorneys for Plaintiff TONY COX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY COX,<br><br>Plaintiff,<br><br>v.<br><br>SAMBRAJYA PALAGUMMI, M.D.;<br>KOU-YING HSIEH, M.D.; CHENGJIE<br>WEI, RN; KIRANBIR DHILLON, M.D.;<br>JEFFREY MEINZER, RN; COUNTY<br>OF SAN JOAQUIN dba SAN JOAQUIN<br>GENERAL HOSPITAL; and DOES 1<br>through 30, inclusive,<br><br>Defendants. | Case No.  2:17−cv−00989−MCE−CKD<br><br>**JOINT STIPULATION AND PROPOSED<br>ORDER TO MODIFY SCHEDULING<br>ORDER**<br><br>Action Filed: May 10, 2017<br>Trial Date: Not Set |

Plaintiff TONY COX and Defendants SAMBRAJYA PALAGUMMI, M.D.; KOU-YING

HSIEH, M.D.; CHENGJIE WEI, RN; KIRANBIR DHILLON, M.D.; JEFFREY MEINZER,

RN; COUNTY OF SAN JOAQUIN dba SAN JOAQUIN GENERAL HOSPITAL (Plaintiff and

Defendants collectively referred to herein as "the Parties") hereby stipulate, through their

respective counsel of record, as follows:

1.      On November 2, 2016, Plaintiff submitted a Claim for Damage or Injury to the

County of San Joaquin – Clerk of the Board of Supervisors and submitted a Government Claim

Form to the Office of Risk and Insurance Management – Department of General Services.

2.      On November 11, 2016, Plaintiff received a letter from Risk Management

Services providing notice of rejection of claim to Plaintiff's Public Entity claim.

3.      On May 10, 2017, Plaintiff filed a Complaint and Demand for Jury Trial with the U.S. District Court of California, Eastern District. [Docket No. 2]

4.      On May 11, 2017, the Court issued an initial Pretrial Scheduling Order, which did not set a trial date. [Docket No. 4]

5.      On August 4, 2017, Plaintiff filed the First Amended Complaint against Defendants CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ("CDCR"), FOLSOM STATE PRISON WARDEN RON RACKLEY, in his official and individual capacities, and COUNTY OF SAN JOAQUIN dba SAN JOAQUIN GENERAL HOSPITAL. [Docket No. 5]

6.      On August 16, 2017, Defendant COUNTY OF SAN JOAQUIN moved to dismiss the Complaint. [Docket Nos. 9 and 9-1]

7.      On September 7, 2017, Plaintiff filed a Stipulation to Vacate hearing and Allow Plaintiff to File a Second Amended Complaint. [Docket No. 12]

8.      On September 12, 2017, the Court issued an Order instructing Plaintiff to file a Second Amended Complaint within 21 days of the Order and vacating Defendant COUNTY OF SAN JOAQUIN's hearing on its Motion to Dismiss. [Docket No. 13]

9.      On September 12, 2017, Plaintiff filed his Second Amended Complaint for Damages against RON RACKLEY and COUNTY OF SAN JOAQUIN dba SAN JOAQUIN GENERAL HOSPITAL. [Docket No. 14]

10.     On September 26, 2017, Defendant COUNTY OF SAN JOAQUIN dba SAN JOAQUIN GENERAL HOSPITAL filed its Answer to Second Amended Complaint and Demand for Jury Trial. [Docket No. 17]

11.     On October 12, 2017, Defendant RON RACKLEY filed its moved to dismiss Plaintiff's Second Amended Complaint. [Docket Nos. 17 and 17-1]

12.     On May 29, 2018, the Court issued a Memorandum and Order granting Defendant RACKLEY's Motion to Dismiss and allowing Plaintiff to amend his Second Amended Complaint within 20 days of the Order. [Docket No. 21]

13.     On June 18, 2018, Plaintiff filed his Third Amended Complaint for Damages. [Docket No. 22]

14.     On June 26, 2018, Defendant COUNTY OF SAN JOAQUIN dba SAN JOAQUIN GENERAL HOSPITAL filed its Answer to Plaintiff's Third Amended Complaint and Demand for Jury Trial against SAMBRAJYA PALAGUMMI, M.D.; KEVIN HSIEH, M.D.; CHENGJIE WEI, R.N.; KIRANBIR DHILLON, M.D.; JEFFREY MEINZER, R.N.; and COUNTY OF SAN JOAQUIN dba SAN JOAQUIN GENERAL HOSPITAL. [Docket No. 24]

15.     On July 24, 2018, Defendants DHILLON, MEINZER, PALAGUMMI, and WEI filed their Answer to Plaintiff's Third Amended Complaint; Demand for Jury Trial. [Docket No. 30]

16.     On September 17, 2018, Plaintiff moved to Amend the Third Amended Complaint to replace the mentions of "KEVIN HSIEH, M.D." with "KOU-YING HSIEH, M.D." [Docket No. 31]

17.     On May 29, 2018, the Court issued a Memorandum and Order granting Defendant RACKLEY's Motion to Dismiss and instructed Plaintiff to file a Second Amended Complaint within 20 days of the Order. [Docket No. 21]

18.     On September 17, 2018, Plaintiff filed a Motion to Amend his Third Amended Complaint and filed a proposed Fourth Amended Complaint for Damages against SAMBRAJYA PALAGUMMI, M.D.; KOU-YING HSIEH, M.D.; CHENGJIE WEI, R.N.; KIRANBIR DHILLON, M.D.; JEFFREY MEINZER, R.N.; and COUNTY OF SAN JOAQUIN dba SAN JOAQUIN GENERAL HOSPITAL. [Docket No. 32]

19.     On January 4, 2019, Defendants DHILLON, MEINZER, PALAGUMMI, and WEI filed a Stipulation and Order regarding Plaintiff's Fourth Amended Complaint stipulating that Plaintiff's Fourth Amended Complaint will be deemed as the operative Complaint in this action; KEVIN HSIEH, M.D. is hereby dismissed from the action and instead named KOU-YING HSIEH, M.D. as a defendant; and any answer filed to Plaintiff's Third Amended Complaint will be deemed responsive to the Fourth Amended Complaint. The Stipulation and Order were signed by the Court deeming the Fourth Amended Complaint Filed on January 10, 2019. [Docket Nos.

1    34 and 35]

2         20.     On September 16, 2019, Defendant KOU-YING HSEIH, M.D. filed his Answer to

3    Plaintiff's Fourth Amended Complaint; Demand for Jury Trial. [Docket No. 38]

4         21.     On February 18, 2020, Parties filed a Joint Discovery and Scheduling Report.

5    [Docket No. 40].

6         22.     On March 18, 2020, the U.S. District Court of California, Eastern District,

7    including the Sacramento Division, published General Order 612 restricting Courthouse Access.

8         23.     On March 19, 2020, Governor Newsom declared a statewide shelter-in-place

9    protocol. (Executive Department, State of California, *Executive Order N-33-20*,

10   https://www.gov.ca.gov/wp-content/uploads/2020/03/3.19.20-attested-EO-N-33-20-COVID-19-

11   HEALTH-ORDER.pdf ).That same day, Sacramento County issued a "stay-at-home" order

12   stating non-essential businesses may continue operating, but employees would exclusively work

13   remotely. (Health Officer of the County of Sacramento, *Order of the Health Officer of the County*

14   *of Sacramento Directing all Individuals in the County to Stay at Home or at their Place of*

15   *Residence*,  March 19, 2002, https://www.saccounty.net/COVID-

16   19/Documents/20200319_HO_Signed_Stay_at_Home_Order.pdf).

17        24.     On March 19, 2020, Sacramento County issued countywide COVID-19 shelter-in-

18   place orders started to take effect.

19        25.     Since the Scheduling Order was issued and Parties filed their Joint Scheduling

20   Report, the COVID-19 virus pandemic started and spread to California, prompting statewide

21   shutdowns.

22        26.     On December 9, 2020, the State of California enacted a subsequent stay-at-home

23   order to Sacramento County following the drop in Intensive Care Units capacity below 15%.

24   (Health Officer of the County of Sacramento *Order of the Health Officer of the County of*

25   *Sacramento Implementing the State of California Regional Stay At Home Order and Directing All*

26   *Individuals Living in the county to Stay at Home or at their Place of Residence and Closing*

27   *Certain Operations*, December 9, 2020, https://www.saccounty.net/COVID-

28   19/Documents/20201209_Sacramento_County_Health_Order_Regional_Stay_Home_Order.pdf)

27.     The Plaintiff in this matter currently resides in an assisted living facility, a high-risk location and the parties have not yet been able to arrange for remote video deposition of the Plaintiff.

28.     The Parties have further met and conferred regarding alternatives for completing depositions and other necessary non-expert discovery in light of COVID-19 related restrictions on social gatherings.

29.     Based on the above, the Parties agree that additional time is needed to complete non-expert discovery, including multiple party and non-expert depositions.  The Parties agree that the requested continuance is in the best interests of all Parties, and will not unduly prejudice any Party.

30.     The Parties agree and request that this Court extend non-expert discovery cutoff to **August 26, 2021**.  The Parties believe this additional time is necessary given the continued uncertainty regarding COVID-related social distancing restrictions and ongoing emergency regulations.

31.     The Parties, through their respective undersigned counsel, agree and hereby do stipulate to respectfully request that the Court modify the current initial pretrial scheduling order to extend pretrial cutoffs as follows:

| Event | Schedule | New Schedule |
|-------|----------|--------------|
| Non-Expert Discovery cutoff | February 26, 2021 | August 26, 2021 |
| Last date to file dispositive motion | May 28, 2021 | November 28, 2021 |
| Designation of expert witnesses cutoff | 90 days before the date set for trial | 90 days before the date set for trial |
| Supplemental expert witness disclosure cutoff | 45 days before the date set for trial | 45 days before the date set for trial |
| Pretrial Conference | 45 days before the date set for trial | 45 days before the date set for trial |

Dated: January 28, 2021                        CUTTER LAW P.C.


                                               By:  ___/s/ John R. Parker, Jr._____
                                                    John R. Parker, Jr.

Dated: January 28, 2021

By: ___/s/ Joseph R. Wheeler___
    XAVIER BECERRA
    Attorney General of California
    TRACY S. HENDRICKSON
    Supervising Deputy Attorney General
    JOSEPH R. WHEELER
    Supervising Deputy Attorney General

    *Attorneys for Defendant Dhillon, Hsieh,*
    *Meinzer, Palagummi, and Wei*

Dated: January 28, 2021        RIGGIO MORDAUNT & KELLY

By: ___/s/ Stephanie Roundy___
    STEPHANIE ROUNDY
    *Attorneys for Defendant County of San*
    *Joaquin DBA San Joaquin General Hospital*

## <u>ORDER</u>

Good cause having been shown, based on the foregoing Stipulation by the Parties, the Court hereby ORDERS as follows:

1. The Initial Pretrial Scheduling Order and Joint Scheduling Report shall be amended as follows:

| Event | Schedule | New Schedule |
|-------|----------|--------------|
| Non-Expert Discovery cutoff | February 26, 2021 | August 26, 2021 |
| Last date to file dispositive motion | May 28, 2021 | November 28, 2021 |
| Designation of expert witnesses cutoff | 90 days before the date set for trial | 90 days before the date set for trial |
| Supplemental expert witness disclosure cutoff | 45 days before the date set for trial | 45 days before the date set for trial |
| Pretrial Conference | 45 days before the date set for trial | 45 days before the date set for trial |

IT IS SO ORDERED.

Dated:  January 28, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE