# UNITED STATES DISTRICT COURT

__EASTERN__ **District of** __CALIFORNIA__

TONY COX

Plaintiff (s),

V.

COUNTY OF SAN JOAQUIN

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:17-cv-00989-MCE-CKD

Notice is hereby given that, subject to approval by the court, __COUNTY OF SAN JOAQUIN dba SAN JOAQUIN GENERAL HOSPITAL__ substitutes
(Party (s) Name)

__Michael R. Mordaunt, Esq., Mordaunt, Roundy, Reihl & Jimerson__ , State Bar No. __66911__ as counsel of record in place
(Name of New Attorney)

place of  __Michael R. Mordaunt, Esq., Riggio, Mordaunt & Kelly__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Mordaunt, Roundy, Reihl & Jimerson |
| Address: | 7488 Shoreline Drive, Suite B-1 |
| Telephone: | (209)473-8732    Facsimile (209)957-9165 |
| E-Mail (Optional): | mmordaunt@mrrjlaw.com |

I consent to the above substitution.

Date: 12/21/2020

_(Signature of Party (s))_

I consent to being substituted.

Date: 12/17/2020

_(Signature of Former Attorney (s))_

I consent to the above substitution.

Date: 12/17/2020

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Dated: February 23, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE