# UNITED STATES DISTRICT COURT

EASTERN **District of** CALIFORNIA

TONY COX

Plaintiff (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

V.

COUNTY OF SAN JOAQUIN

**CASE NUMBER:** 2:17-cv-00989-MCE-CKD

Defendant (s),

Notice is hereby given that, subject to approval by the court, COUNTY OF SAN JOAQUIN dba SAN JOAQUIN GENERAL HOSPITAL substitutes
(Party (s) Name)

Stephanie Roundy, Esq., Mordaunt, Roundy, Reihl & Jimerson , State Bar No. 246395 as counsel of record in
(Name of New Attorney)

place of Stephanie Roundy, Esq., Riggio, Mordaunt & Kelly .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Mordaunt, Roundy, Reihl & Jimerson

Address: 7488 Shoreline Drive, Suite B-1

Telephone: (209)473-8732    Facsimile (209)957-9165

E-Mail (Optional): sroundy@mrrjlaw.com

I consent to the above substitution.

Date: 12/21/2020

I consent to being substituted.

Date: 12/17/2020

(Signature of Party (s))

I consent to the above substitution.

Date: 12/17/2020

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Dated: February 23, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE