1 | C. Brooks Cutter (SBN 121407)
  | John R. Parker, Jr. (SBN 257761)
2 | Margot P. Cutter (SBN 306789)
  | **CUTTER LAW, P.C.**
3 | 401 Watt Avenue
  | Sacramento, CA 95864
4 | Telephone: (916) 290-9400
  | Facsimile: (916) 588-9330
5 | Email:  bcutter@cutterlaw.com;
  | twalburg@cutterlaw.com;
6 | mcutter@cutterlaw.com

7 | Attorneys for Plaintiff TONY COX

8 | 
  | UNITED STATES DISTRICT COURT
9 | 
  | EASTERN DISTRICT OF CALIFORNIA
10 |

11 | TONY COX,                              Case No.  2:17−cv−00989−MCE−CKD

12 |         Plaintiff,                    **ORDER RE STIPULATION TO VOLUNTARY DISMISSAL OF DEFENDANTS SAMBRAJYA PALAGUMMI, M.D.; KOU-YING HSIEH, M.D.; AND CHENGJIE WEI, RN WITH PREJUDICE**

13 |     v.

14 | SAMBRAJYA PALAGUMMI, M.D.; KOU-YING HSIEH, M.D.;
15 | CHENGJIE WEI, RN; KIRANBIR DHILLON, M.D.; JEFFREY
16 | MEINZER, RN; COUNTY OF       Action Filed: May 10, 2017
  | SAN JOAQUIN dba SAN          Trial Date: Not Set
17 | JOAQUIN GENERAL
  | HOSPITAL; and DOES 1 through
18 | 30, inclusive,

19 |         Defendants.

20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

-1-
ORDER VOLUNTARY DISMISSAL OF DEFENDANTS SAMBRAJYA PALAGUMMI, M.D.; KOU-YING HSIEH, M.D.; AND CHENGJIE WEI, RN WITH PREJUDICE

In accordance with the parties' the Stipulation filed on August 24, 2021 (dkt.48), and good cause appearing,

1. Plaintiff's claims against Defendants SAMBRAJYA PALAGUMMI, M.D.; KOU-YING HSIEH, M.D.; and CHENGJIE WEI, RN, only, are hereby dismissed, with prejudice.

2. The case remains active against the remaining Defendants.

2. This dismissal is without an award of attorneys' fees, interests, or costs to any party, and each party will bear their own fees and costs.

IT IS SO ORDERED.

Dated: August 30, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE