ROB BONTA, State Bar No. 202668
Attorney General of California
R. LAWRENCE BRAGG, State Bar No. 119194
Supervising Deputy Attorney General
JOSEPH R. WHEELER, State Bar No. 216721
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7315
 Fax: (916) 324-5205
 E-mail: Joseph.Wheeler@doj.ca.gov
*Attorneys for Defendants*
*Dhillon and Meinzer*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TONY COX,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**COUNTY OF SAN JOAQUIN, et al.,**<br><br>                              Defendants. | 2:17-cv-00989-MCE-CKD<br><br>**STIPULATION AND ORDER REGARDING MODIFICATION OF INITIAL PRETRIAL ORDER AND MOTIONS FOR SUMMARY JUDGMENT**<br><br>Trial Date:    None<br>Action Filed:  May 10, 2017 |

**STIPULATION**

1.     On May 11, 2017, the Court issued its Initial Pretrial Order in this case. (ECF No. 4.) Among other things, it provides: "Absent leave of the Court, all issues the parties wish to resolve on summary judgment must be raised together in one (1) motion or cross−motion. Should the parties wish to file additional motions for summary judgment, they must seek leave of the Court." (*Id.* at 4:11-13.)

2.     Defendants Dhillon and Meinzer are represented by the California Office of the Attorney General, while Defendant County of San Joaquin is represented by Mordaunt, Roundy, Reihl & Jimerson. Because Dhillon and Meinzer are represented by separate counsel, are not

1

1  similarly situated with the County of San Joaquin, and because the factual and legal bases for
2  their respective motions for summary judgment will differ, these parties desire to prepare separate
3  motions for summary judgment.

4      3.    In addition, Dhillon and Meinzer contend that Plaintiff did not exhaust
5  administrative remedies and, therefore, desire to prepare and file, as soon as is feasible, a separate
6  motion for summary judgment based on the exhaustion of administrative remedies.

7      4.    Accordingly, the parties stipulate that, notwithstanding the Court's Initial Pretrial
8  Order (ECF No. 4), Defendants Dhillon and Meinzer are permitted to file two motions for
9  summary judgment—one on the issue of exhaustion of administrative remedies, and one on the
10 merits of the action.

11     5.    The parties also stipulate that, notwithstanding the Court's Initial Pretrial Order
12 (ECF No. 4), Defendant County of San Joaquin can file its own motion for summary judgment on
13 the merits of the action, separate and apart from the motions filed by Defendants Dhillon and
14 Meinzer.

15 **IT IS SO STIPULATED.**

17 Date: February 8, 2022    CUTTER LAW, P.C.

19     By: */s/ **J.R. Parker*** (as authorized on 2/7/22)
20     J.R. PARKER
    *Attorneys for Plaintiff Tony Cox*

23 Date: February 8, 2022    Mordaunt, Roundy, Reihl & Jimerson

26     By: */s/ **Stephanie L. Roundy*** (as authorized on 2/7/22)
    STEPHANIE L. ROUNDY
    *Attorneys for Defendant County of San Joaquin*
    *dba San Joaquin General Hospital*

2

Stipulation & Order re Modification of Initial Pretrial Order & Motions for Summ. J.  (2:17-cv-00989-MCE-CKD)

Dated:  February 8, 2022

ROB BONTA
Attorney General of California
R. LAWRENCE BRAGG
Supervising Deputy Attorney General


*/s/ Joseph R. Wheeler*

JOSEPH R. WHEELER
Supervising Deputy Attorney General
*Attorneys for Defendants
Dhillon and Meinzer*

# ORDER

Based on the stipulation of the parties and good cause appearing, the Court hereby ordered as follows:

1. Notwithstanding the Court's Initial Pretrial Order (ECF No. 4), Defendants Dhillon and Meinzer are permitted to file two motions for summary judgment—one on the issue of exhaustion of administrative remedies, and one on the merits of the action.

2. Notwithstanding the Court's Initial Pretrial Order (ECF No. 4), Defendant County of San Joaquin is permitted to file its own motion for summary judgment, separate and apart from the motions filed by Defendants Dhillon and Meinzer.

IT IS SO ORDERED.

Dated:  February 16, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE