```
Stephanie Roundy, Esq., Bar No. 211871
MORDAUNT, ROUNDY, REIHL & JIMERSON
A Professional Law Corporation
7488 Shoreline Drive, Suite B1
Stockton, CA  95219
Telephone: (209) 473-8732
Facsimile:  (209) 957-9165
sroundy@mrrjlaw.com

Attorneys for Defendant
COUNTY OF SAN JOAQUIN DBA
SAN JOAQUIN GENERAL HOSPITAL
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY COX, <br><br> Plaintiff(s), <br><br> vs. <br><br> SAMBRAJYA PALAGUMMI, M.D.; KEVIN HSIEH, M.D.; CHENGJIE WEI, RN; KIRANBIR DHILLON, M.D.; JEFFREY MEINZER, RN; COUNTY OF SAN JOAQUIN dba SAN JOAQUIN GENERAL HOSPITAL; and DOES 1 through 30, inclusive. <br><br> Defendant(s). | Case No. 2:17-cv-00989-MCE-CKD <br><br> **JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER THEREON** |

**STIPULATION**

1. Plaintiff Tony Cox initially filed this action on May 10, 2017.  (ECF No. 2)

2. On May 11, 2017, the Court issued its Initial Pretrial Order in this case. (ECF No. 4.)

3. On August 4, 2017, Plaintiff filed the First Amended Complaint against Defendants CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ("CDCR"), FOLSOM STATE PRISON WARDEN RON RACKLEY, in his official and individual capacities, and COUNTY OF SAN JOAQUIN dba SAN JOAQUIN GENERAL HOSPITAL. (ECF No. 5.)

4. On August 16, 2017, Defendant COUNTY OF SAN JOAQUIN moved to dismiss the First Amended Complaint. (ECF, 9.)

5. A series of further amended complaints and motions to dismiss filed by the parties

followed, until the operative Fourth Amended complaint was eventually deemed filed on January 10, 2019 (ECF, 34-35).  The final Answer to that complaint was filed by defendant KOU-YING HSEIH, M.D. on September 16, 2019.  (ECF, 38.)

6. On February 18, 2020, Parties filed a Joint Discovery and Scheduling Report. (ECF, 40).

7. The next month, in March 2020, COVID shutdowns and restrictions began.

8. Due to these delays, in January 2021, the parties stipulated to extend the discovery cutoff to August 26, 2021.  The order extending this deadline was entered on January 28, 2021. (ECF, 42.)

9. However, based on limitations in completing plaintiff's deposition due to plaintiff residing in an assisted living facility with ongoing COVID concerns and restrictions, the parties stipulated and agreed to a further extension on discovery to February 25, 2022.  The court approved that stipulation by order dated August 27, 2021. (ECF, 50.)

10. Since that time, plaintiff's deposition, and depositions of defendants Kiranbir Dhillon, MD and Jeffrey Meinzer, RN been completed.  Plaintiff has also requested the deposition of Defendant County of San Joaquin designees pursuant to FRCP 30(b)(6). However, because of scheduling and trial conflicts, there have been delays in counsel for the County of San Joaquin being able to produce the County's designee or designees and documents responsive to Plaintiff's notice.

11. As a result, the parties last entered into a stipulation to extend the discovery deadline to May 25, 2022.  The order granting that extension was entered on March 2, 2022.  (ECF, 60.)

12. However, counsel for Defendant County of San Joaquin has been in an extended jury trial since March 22, 2022.  Prior to the start of the trial, counsel was engaged in extensive expert discovery related to that trial and has not had sufficient time to coordinate the County's designee or designees and documents responsive to Plaintiff's deposition notice in this action, due to defense counsel's unavailability.

13. Defense counsel's jury trial is anticipated to conclude on or about May 20, 2022.

14. Additionally, one of the primary witnesses being produced for deposition by defendant

1 is not available for deposition between the conclusion of counsel's trial and the current discovery
2 cutoff.

3    15. As a result, there is insufficient time for counsel for Defendant County of San Joaquin to
4 identify and produce the designee or designees and documents responsive to Plaintiff's deposition
5 notice the complete that deposition, within the current discovery cutoff of May 27, 2022.

6    16. The parties agree that additional time is needed to complete non-expert
7 discovery.  The Parties agree that the requested continuance is in the best interests of all parties and
8 will not unduly prejudice any party.

9    17. Therefore, the parties, through their respective undersigned counsel, agree and request
10 that the court extend the non-expert discovery cutoff, only as to issues related to plaintiff's January
11 21, 2022, 30(b)(6) deposition notice, to **July 25, 2022** and a corresponding extension on the last
12 day to file dispositive motions to **October 27, 2022**.

13    18. Further, to correct a timing issue in the current scheduling order, the parties stipulate
14 and request that the expert witness discovery deadline be amended to **30 days before the date set**
15 **for trial**.  Currently, the deadline is listed as 45 days before the date set for trial, which is the same
16 as the deadline for supplemental expert disclosure and would not allow any time for discovery on
17 those supplemental disclosures.

18    19. The remaining case deadlines will remain the same and are as follows:
19    • Designation of expert witness cutoff:   90 days before the date set for trial.
20    • Supplemental expert witness disclosure cutoff:  45 days before the date set for trial.
21    • Pretrial Conference:  45 days before the date set for trial.

Dated: May 18, 2022                         CUTTER LAW P.C.

                                            By:  */s/ John R. Parker, Jr.*
                                                 C. Brooks Cutter
                                                 John R. Parker, Jr.
                                                 Margot P. Cutter
                                                 Attorneys for Plaintiff
                                                 TONY COX

Mordaunt, Roundy,
Reihl & Jimerson
7488 Shoreline Drive,
Suite B1
Stockton, CA  95219
(209) 473-8732

3
JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER THEREON

Dated: May 18, 2022                                    OFFICE OF ATTORNEY GENERAL

                                                       By:  /s/ Joseph R. Wheeler
                                                            Joseph R. Wheeler
                                                            Byron M. Miller
                                                            Attorneys for Defendants
                                                            SAMBRIAJYA PALAGUMMI, M.D.;
                                                            KIRANBIR DHILLON, M.D.; JEFFREY
                                                            MEIZNER, R.N.; CHENGJIE WEI, R.N.;
                                                            KOU-YING HSEIH, M.D.

Dated: May 18, 2022                                    MORDAUNT, ROUNDY, REIHL & JIMERSON

                                                       By:  /s/ Stephanie Roundy
                                                            Stephanie Roundy
                                                            Attorneys for Defendant
                                                            COUNTY OF SAN JOAQUIN DBA SAN
                                                            JOAQUIN GENERAL HOSPITAL

## ORDER

Good cause having been shown, based on the foregoing Stipulation by the Parties, the Court hereby ORDERS as follows:

1. The Initial Pretrial Scheduling Order and Joint Scheduling Report shall be amended as follows:

   a. Non-expert discovery cutoff, only as to issues related to plaintiff's January 21, 2022, 30(b)(6) deposition notice:  **July 25, 2022.**

   b. The last day to file dispositive motions:  **October 27, 2022**

   c. Expert witness discovery deadline:  **30 days before the date set for trial**.

   d. All other provisions of the operative Pretrial Scheduling Order remain in effect

IT IS SO ORDERED.

Dated:  May 24, 2022

                                                       _____
                                                       MORRISON C. ENGLAND, JR
                                                       SENIOR UNITED STATES DISTRICT JUDGE

Mordaunt, Roundy,
Reihl & Jimerson
7488 Shoreline Drive,
Suite B1
Stockton, CA  95219
(209) 473-8732

4

JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER THEREON