C. Brooks Cutter (SBN 121407)
John R. Parker, Jr. (SBN 257761)
Margot P. Cutter (SBN 306789)
**CUTTER LAW, P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile: (916) 588-9330
Email:  bcutter@cutterlaw.com;
jparker@cutterlaw.com;
mcutter@cutterlaw.com

Attorneys for Plaintiff TONY COX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY COX,<br><br>        Plaintiff,<br><br>     v.<br><br>SAMBRAJYA PALAGUMMI, M.D.; KOU-YING HSIEH, M.D.; CHENGJIE WEI, RN; KIRANBIR DHILLON, M.D.; JEFFREY MEINZER, RN; COUNTY OF SAN JOAQUIN dba SAN JOAQUIN GENERAL HOSPITAL; and DOES 1 through 30, inclusive,<br><br>        Defendants. | Case No.  2:17−CV−00989−MCE−CKD<br><br>**ORDER**<br><br>Action Filed: May 10, 2017<br>Trial Date: Not Set<br><br>Concurrently filed herewith:<br>  (1) Plaintiff's Ex Parte Application for an Order Modifying the Scheduling Order<br>  (2) Declaration of John R. Parker |

# ORDER

This matter came before the Court on Plaintiff's *Ex Parte* Application for An Order Modifying the Scheduling Order. After reviewing and considering the Ex Parte Application, the arguments of counsel, and good cause therefore appearing,

1. The Initial Pretrial Scheduling Order and Joint Scheduling Report shall be amended as follows:

a. Non-expert discovery cutoff, only as to issues related to Plaintiff's January 21, 2022, 30(b)(6) deposition notice: October 13, 2022.

b. The last day to file dispositive motions: December 1, 2022

c. Designation of Expert Witness Cutoff: 90 days before the date set for trial.

d. Expert witness discovery deadline: 30 days before the date set for trial.

e. Expert Witness Discovery Deadline: 30 days before the date set for trial.

f. All other provisions of the operative Pretrial Scheduling Order remain in effect.  This will include having properly prepared witnesses and exhibits produced as ordered.  Failure to do so may result in sanctions as ordered by the court.

IT IS SO ORDERED.

Dated:  August 24, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE