IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TONY COX,**<br><br>   Plaintiff,<br><br>v.<br><br>**COUNTY OF SAN JOAQUIN, et al.,**<br><br>   Defendants. | 2:17-cv-00989-MCE-CKD<br><br>**ORDER GRANTING STIPULATED REQUEST FOR A 90-DAY EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**<br><br>[E.D. Local R. 144(a)]<br><br>Trial Date:   None<br>Action Filed:   May 10, 2017 |

   Defendants Dhillon and Meinzer filed a stipulated request to modify the current Discovery and Scheduling Order (ECF No. 70) to extend the current deadline to file a dispositive motion deadline by 90 days, up to and including March 1, 2023.  Good cause appearing, the request is granted and the new deadline to file a pretrial dispositive motion, is March 1, 2023.

   IT IS SO ORDERED.

Dated:  December 5, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1