C. Brooks Cutter (SBN 121407)
John R. Parker, Jr. (SBN 257761)
Margot P. Cutter (SBN 306789)
**CUTTER LAW, P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile: (916) 588-9330
Email:  bcutter@cutterlaw.com;
twalburg@cutterlaw.com;
mcutter@cutterlaw.com

Attorneys for Plaintiff TONY COX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY COX,<br><br>    Plaintiff,<br><br>v.<br><br>SAMBRAJYA PALAGUMMI, M.D.; KOU-YING HSIEH, M.D.; CHENGJIE WEI, RN; KIRANBIR DHILLON, M.D.; JEFFREY MEINZER, RN; COUNTY OF SAN JOAQUIN dba SAN JOAQUIN GENERAL HOSPITAL; and DOES 1 through 30, inclusive,<br><br>    Defendants. | Case No.  2:17−CV−00989−MCE−CKD<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>Action Filed: May 10, 2017<br>Trial Date: Not Set |

The parties hereby stipulate to a modified briefing schedule for the motion for summary judgment filed by defendants Kiranbir Dhillon and Jeffrey Meinzer, and have agreed to the following:

| Event | Deadline |
|---|---|
| Plaintiffs' Opposition to Motion for Judgment | May 15, 2023 |
| Defendant's Reply brief in Support to their Motion for Summary Judgment | June 14, 2023 |

Dated:       March 10, 2023

By:   */s/ John R. Parker, Jr.*

John R. Parker, Jr.
**CUTTER LAW, P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile: (916) 588-9330
Emails: *bcutter@cutterlaw.com;
jparker@cutterlaw.com;
mcutter@cutterlaw.com*

***Attorneys for Plaintiff Tony Cox***

Dated:       March 10, 2023

By:   */s/ John W. Faulconer*
JOHN W. FAULCONER,
 STATE BAR NO. 298015
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-4481
Fax: (415) 703-5480
E-mail: John.Faulconer@doj.ca.gov

Attorneys for Defendants
Dhillon and Meinzer
***Attorneys for Defendants Kiranbir Dhillon, M.D.; Jeffrey Meizner, R.N.;***

Dated: March 3, 2023

By: */s/ Stephanie Roundy*
Michael R. Mordaunt
Stephanie Roundy
MORDAUNT, ROUNDY, REIHL, & JIMERSON
7488 Shoreline Drive, Suite B-1
Stockton, CA 95219
Tel: (209) 473-8732
Email: mmordaunt@mrrjlaw.com
Email: sroundy@rmrrjlaw.com

***Attorneys for Defendant County of San Joaquin dba San***

# **ORDER**

Good cause having been shown, based on the foregoing Stipulation by the Parties, the Court hereby ORDERS as follows:

The new deadline for Plaintiff to file their Opposition to Defendants Kiranbir Dhillon and Jeffrey Meinzer's Motion for Judgment is May 15, 2023.

The new deadline for Defendant Kiranbir Dhillon and Jeffrey Meinzer to file their Reply brief in Support to the Motion for Summary Judgment shall be June 14, 2023.

IT IS SO ORDERED.

Dated:  March 10, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE